GEORGE H. STUDWELL et al., Appellants, *v.* THE MUTUAL BENEFIT LIFE ASSOCIATION OF AMERICA, Respondent.

(Argued June 23, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 7, 1892, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*William W. Jenks* for appellants.

*E. T. Lovatt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

LOUIS P. WEIGMANN, Respondent, *v.* BENJAMIN SIRE et al., Appellants.

(Submitted June 26, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made at the September term, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Albert I. Sire* for appellants.

*H. M. Gescheidt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.